UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ANNJANETTE DENEE CRAWFORD,<br><br>　　　Plaintiff,<br>v.<br><br>GLA COLLECTION COMPANY, INC.,<br><br>　　　Defendant. | Case No: 4:17-cv-00074-SEB-TAB<br><br>Honorable Judge Sarah E. Barker |

### ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, ANNJANETTE DENEE CRAWFORD ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated: __2/5/2018__　　　　　　　　　　　_[signature] Sarah Evans Barker_
　　　　　　　　　　　　　　　　　　　　　SARAH EVANS BARKER, JUDGE
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Nathan C. Volheim　　　　　　　　　　　William E. Smith III
Sulaiman Law Group, Ltd.　　　　　　　　Kightlinger & Gray LLP
2500 S. Highland Avenue, Suite 200　　　3620 Blackiston Blvd.
Lombard, IL 60148　　　　　　　　　　　New Albany, IN 47150
(630) 575-8181　　　　　　　　　　　　 Phone: (812) 949-2300
nvolheim@sulaimanlaw.com　　　　　　　wsmith@k-glaw.com